**Victor MACIAS, Petitioner-Appellant,**

**v.**

**James E. (Bill) DECKER, Sheriff, Dallas County, Texas, Respondent-Appellee.**

**No. 30989**

**Summary Calendar.[**]**

United States Court of Appeals, Fifth Circuit.

March 12, 1971.

---

[*] Of the Third Circuit, sitting by designation.

[1.] See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

[**] Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Victor Macias, pro se; Vincent W. Perini, Hernandez, Cazorla, Ramirez & Perini, Dallas, Tex., for petitioner-appellant.

Henry Wade, Criminal Dist. Atty., Dallas, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]